IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHARON JACKSON                                                          PLAINTIFF

VS.                              NO. 3:07CV00076-WRW

AMERIS OF ARKANSAS, LLC                                             DEFENDANT

## PROTECTIVE ORDER

Plaintiff Sharon Jackson has requested certain information and documentation covering past or present employees of defendant Ameris Of Arkansas, LLC ("Ameris"). In response, Ameris has agreed to provide counsel for the plaintiff information and documentation covering past or present employees of Ameris for proper use only in this litigation and subject to the affected employees' (whether past or present) privacy rights not being violated or infringed. To protect those privacy rights and the rights of Ameris, and because the parties have agreed to the entry of this order, it is therefore:

ORDERED, that any information or documentation covering past or present employees (other than plaintiff) provided by Ameris shall be used only for proper purposes directly related to the trial of this lawsuit; that any records filed with the Court be redacted to the extent feasible to protect the privacy interests of the past or present employees; that neither the plaintiff, nor anyone acting for or on her behalf shall, in any manner, directly or indirectly, transfer or communicate any of the information and/or documentation obtained to any person except for any necessary and proper purpose directly related to the trial of this action; that any person to whom such necessary communication is made shall be bound by the terms of this Order; that plaintiff's counsel shall provide a copy of this Order to all persons who are in

728682-v1

recei̇ of such necessary communication; and that at the conclusion of this matter, the plaintiff shall return to defendant's attorneys all documents or photocopies of any documents that were supplied to plaintiff under this Order.

_____
United States District Judge

Date: _2/25/08_____

APPROVED AS TO FORM:

MARC I. BARETZ
110 Thompson Avenue, P.O. Box 1107
West Memphis, Arkansas 72303
(870) 732-4102
FAX: (870) 732-4100
E-MAIL: MARCBARETZ@aol.com

By _____
Marc I. Baretz (75004)
Attorney for Plaintiff

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: wjackson@wlj.com

By _____
William Stuart Jackson (92189)
Jane A. Kim (2007160)
Attorneys for Defendant

728682-v1

2